UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Stephanie F. Ritigstein, Esquire

Order Filed on September 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tien Le

debtor(s)

Case Number: 18-27256

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-27256-ABA    Doc 21-1    Filed 09/11/18    Entered 09/11/18 13:16:00    Desc Main
Order re extension of time to file schedules    Page 2 of 2

Case 18-27256-ABA    Doc 21    Filed 09/11/18    Entered 09/11/18 13:12:00    Desc Main
Document    Page 2 of 2

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to September 25, 2018.

☐ Denied.

*rev.8/1/15*