Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27256−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tien C Le
   4 Spinnaker Way
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−0935

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/26/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 26, 2018
JAN: bc

                                                                  Jeanne Naughton
                                                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 18-27256-ABA
Tien C Le                                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1             User: admin                  Page 1 of 2                   Date Rcvd: Sep 26, 2018
                                 Form ID: 148                 Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Tien C Le,    4 Spinnaker Way,    Atlantic City, NJ 08401-2802
cr             +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517727326      +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
517727330       Borrowers First,    PO Bo 503550,    San Diego, CA 92150-3550
517727331      +Citibank, N.A,    c/o United Collection Bureau, Inc.,    PO Box 140310,    Toledo, OH 43614-0310
517727337       DSNB/Macy's,    PO Box 8218,    Monroe, OH 45050
517727338       Golden Nugget Atlantic City,    Huron Avenue & Brigantine Blvd.,    Atlantic City, NJ 08401
517727339      +Harrah's Atlantic City,    777 Harrah's Blvd,    Atlantic City, NJ 08401-1985
517727340       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
517727343       Macy's American Express Account,    PO BOX 9001108,    Louisville, KY 40290-1108
517727344      +Mariner Finance,    co William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001
517727347      +Rallye Motors, Inc.,    c/o Liberal Finance Service,    366 Kinderkamack Road,
                 Westwood, NJ 07675-1675
517727350      +TD Bank,    c/o MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517749615      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517761798      +TD Bank, NA,    Richard J Tracy, III, Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey city, NJ 07302-3835
517751511      +TD Bank,N.A.,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517727327       EDI: BANKAMER.COM Sep 27 2018 03:58:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
517727328       EDI: BANKAMER.COM Sep 27 2018 03:58:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
517727329       EDI: TSYS2.COM Sep 27 2018 03:58:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
517727332      +EDI: CITICORP.COM Sep 27 2018 03:58:00      Citicards CBNA,    PO BOX 6241,
                 Sioux Falls, SD 57117-6241
517727333       EDI: WFNNB.COM Sep 27 2018 03:58:00      Comenity - Total Rewards Visa Card,    PO Box 659584,
                 San Antonio, TX 78265-9584
517727334      +EDI: WFNNB.COM Sep 27 2018 03:58:00      Comenity Bank/Total Rewards Visa Card,   PO Box 182789,
                 Columbus, OH 43218-2789
517727335      +E-mail/Text: ljohnson@denbeauxlaw.com Sep 27 2018 00:30:56      Credit Acceptance Corp,
                 c/o Denbeaux & Denbeaux,    366 Kinderkamack Road,    Westwood, NJ 07675-1675
517727336       EDI: DISCOVER.COM Sep 27 2018 03:58:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
517740440       EDI: DISCOVER.COM Sep 27 2018 03:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517727341      +E-mail/Text: bk@lendingclub.com Sep 27 2018 00:30:31      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517727342       EDI: RMSC.COM Sep 27 2018 03:58:00      Lowe's/Synchrony Bank,    Po Box 530914,
                 Atlanta, GA 30353-0914
517727345      +EDI: AGFINANCE.COM Sep 27 2018 03:58:00      OneMain,    PO BOX 742536,
                 Cincinnati, OH 45274-2536
517727346       E-mail/Text: bankruptcyteam@quickenloans.com Sep 27 2018 00:30:23      Quicken Loans Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517727348       EDI: RMSC.COM Sep 27 2018 03:58:00      Sam's Club MC/SYNCB,    PO Box 960013,
                 Orlando, FL 32896-0013
517727349       E-mail/Text: rharris@southjerseyfcu.com Sep 27 2018 00:29:58
                 South Jersey Federal Credit Union,    PO Box 5530,    Woodbury, NJ 08096-0530
517729517      +EDI: RMSC.COM Sep 27 2018 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517727351       EDI: TDBANKNORTH.COM Sep 27 2018 03:58:00      TD Bank, N.A,    PO Box 84037,
                 Columbus, GA 31908-4037
517727352       EDI: RMSC.COM Sep 27 2018 03:58:00      Walmart Mastercard/SNCB,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517761125*     +TD Bank, N.A,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor   SJFCU ecf.rjmalloylaw@gmail.com
              Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```