Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−27256−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tien C Le
   4 Spinnaker Way
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−0935

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              1/23/19
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2018
JAN: bc

                                               Jeanne Naughton
                                               Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-27256-ABA
Tien C Le                                                       Chapter 13
      Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Nov 21, 2018
                              Form ID: 132             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db              +Tien C Le,    4 Spinnaker Way,    Atlantic City, NJ 08401-2802
cr              +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517727326       +Amex Department Stores,    PO Box 8218,    Mason, OH 45040-8218
517727327      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
517727329        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517727330        Borrowers First,    PO Bo 503550,    San Diego, CA 92150-3550
517727331       +Citibank, N.A,    c/o United Collection Bureau, Inc.,    PO Box 140310,    Toledo, OH 43614-0310
517727332       +Citicards CBNA,    PO BOX 6241,    Sioux Falls, SD 57117-6241
517727337        DSNB/Macy's,    PO Box 8218,    Monroe, OH 45050
517727338        Golden Nugget Atlantic City,    Huron Avenue & Brigantine Blvd,    Atlantic City, NJ 08401
517727339       +Harrah's Atlantic City,    777 Harrah's Blvd,    Atlantic City, NJ 08401-1985
517727340        Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
517727343        Macy's American Express Account,    PO BOX 9001108,    Louisville, KY 40290-1108
517727344       +Mariner Finance,    co William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001
517727347       +Rallye Motors, Inc.,    c/o Liberal Finance Service,    366 Kinderkamack Road,
                 Westwood, NJ 07675-1675
517727350       +TD Bank,    c/o MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517749615       +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517761798       +TD Bank, NA,    Richard J Tracy, III, Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey city, NJ 07302-3835
517751511       +TD Bank,N.A.,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517727333        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 22 2018 00:11:53
                 Comenity - Total Rewards Visa Card,    PO Box 659584,    San Antonio, TX 78265-9584
517727334       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 22 2018 00:11:53
                 Comenity Bank/Total Rewards Visa Card,    PO Box 182789,    Columbus, OH 43218-2789
517727335       +E-mail/Text: ljohnson@denbeauxlaw.com Nov 22 2018 00:13:11      Credit Acceptance Corp,
                 c/o Denbeaux & Denbeaux,    366 Kinderkamack Road,    Westwood, NJ 07675-1675
517727336        E-mail/Text: mrdiscen@discover.com Nov 22 2018 00:11:25      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517740440        E-mail/Text: mrdiscen@discover.com Nov 22 2018 00:11:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517727341       +E-mail/Text: bk@lendingclub.com Nov 22 2018 00:12:42      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517727342        E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:17:48      Lowe's/Synchrony Bank,
                 Po Box 530914,    Atlanta, GA 30353-0914
517727345       +E-mail/PDF: cbp@onemainfinancial.com Nov 22 2018 00:18:07      OneMain,    PO BOX 742536,
                 Cincinnati, OH 45274-2536
517727346        E-mail/Text: bankruptcyteam@quickenloans.com Nov 22 2018 00:12:31      Quicken Loans Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517727348        E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:17:48      Sam's Club MC/SYNCB,
                 PO Box 960013,    Orlando, FL 32896-0013
517727349        E-mail/Text: rharris@southjerseyfcu.com Nov 22 2018 00:12:10
                 South Jersey Federal Credit Union,    PO Box 5530,    Woodbury, NJ 08096-0530
517729517       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:18:32      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517727351        E-mail/Text: bankruptcy@td.com Nov 22 2018 00:12:15      TD Bank, N.A,    PO Box 84037,
                 Columbus, GA 31908-4037
517727352        E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2018 00:18:07      Walmart Mastercard/SNCB,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517727328*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
517761125*      +TD Bank, N.A,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2018
                              Form ID: 132             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
          Eric   Clayman    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
          Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```