Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18−27256−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tien C Le
  4 Spinnaker Way
  Atlantic City, NJ 08401
Social Security No.:
  xxx−xx−0935
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 25, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-27256-ABA
Tien C Le                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Apr 25, 2019
                             Form ID: 148             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2019.
db          +Tien C Le,    4 Spinnaker Way,   Atlantic City, NJ 08401-2802
cr          +SJFCU,    1615 Huffville Road,   PO Box 5530,   Deptford, NJ 08096-0530
517727326   +Amex Department Stores,    PO Box 8218,   Mason, OH 45040-8218
517727330    Borrowers First,   PO Bo 503550,   San Diego, CA 92150-3550
517727331   +Citibank, N.A.,   c/o United Collection Bureau, Inc.,    PO Box 140310,   Toledo, OH 43614-0310
517727337    DSNB/Macy's,   PO Box 8218,   Monroe, OH 45050
517970696    First Associates Loan Servicing, LLC,   as agent for BFCL Trust,   P.O. Box 503430,
             San Diego, CA 92150-3430
517727338    Golden Nugget Atlantic City,   Huron Avenue & Brigantine Blvd,   Atlantic City, NJ 08401
517727339   +Harrah's Atlantic City,    777 Harrah's Blvd,   Atlantic City, NJ 08401-1985
517903779   +Harrah's Atlantic City Operating Co.,    dba Harrah's Resort Atlantic City,
             Adam J. Pernsteiner, Lewis Brisbois,   6385 S. Rainbow Blvd., Suite 600,
             Las Vegas, NV 89118-3201
517727340    Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
517727343    Macy's American Express Account,   PO Box 9001108,   Louisville, KY 40290-1108
517727344   +Mariner Finance,   co William E. Brewer, Esq.,   PO Box 1001,   Marmora, NJ 08223-5001
517727347   +Rallye Motors, Inc.,   c/o Liberal Finance Service,   366 Kinderkamack Road,
             Westwood, NJ 07675-1675
517727350   +TD Bank,   c/o MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
517749615   +TD Bank, N.A.,   Payment Processing, PO Box 16029,   Lewiston, ME 04243-9507
517761798   +TD Bank, NA,   Richard J Tracy, III, Esq,   30 Montgomery Street,   Suite 1205,
             Jersey city, NJ 07302-3835
517751511   +TD Bank,N.A.,   Richard J. Tracy, III, Esq.,   30 Montgomery Street, Suite 1205,
             Jersey City NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2019 00:12:49    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2019 00:12:46    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517727327    EDI: BANKAMER.COM Apr 26 2019 03:28:00    Bank of America,   PO Box 15019,
             Wilmington, DE 19886-5019
517727328    EDI: BANKAMER.COM Apr 26 2019 03:28:00    Bank of America,   PO Box 982238,
             El Paso, TX 79998
517727329    EDI: TSYS2.COM Apr 26 2019 03:28:00    Barclays Bank Delaware,   PO Box 8803,
             Wilmington, DE 19899-8803
517981541   +EDI: CITICORP.COM Apr 26 2019 03:28:00    Citibank, N.A.,   Citibank, N.A.,
             701 East 60th Street North,   Sioux Falls, SD 57104-0493
517727332   +EDI: CITICORP.COM Apr 26 2019 03:28:00    Citicards CBNA,   PO BOX 6241,
             Sioux Falls, SD 57117-6241
517727333    EDI: WFNNB.COM Apr 26 2019 03:28:00    Comenity - Total Rewards Visa Card,   PO Box 659584,
             San Antonio, TX 78265-9584
517727334   +EDI: WFNNB.COM Apr 26 2019 03:28:00    Comenity Bank/Total Rewards Visa Card,   PO Box 182789,
             Columbus, OH 43218-2789
517727335   +E-mail/Text: ljohnson@denbeauxlaw.com Apr 26 2019 00:13:49    Credit Acceptance Corp,
             c/o Denbeaux & Denbeaux,   366 Kinderkamack Road,   Westwood, NJ 07675-1675
517727336    EDI: DISCOVER.COM Apr 26 2019 03:28:00    Discover,   PO Box 71084,   Charlotte, NC 28272-1084
517740440    EDI: DISCOVER.COM Apr 26 2019 03:28:00    Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
517918351    EDI: RESURGENT.COM Apr 26 2019 03:28:00    LVNV Funding, LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
517727341   +E-mail/Text: bk@lendingclub.com Apr 26 2019 00:13:23    Lending Club,
             71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
517727342    EDI: RMSC.COM Apr 26 2019 03:28:00    Lowe's/Synchrony Bank,   Po Box 530914,
             Atlanta, GA 30353-0914
517907274   +EDI: AGFINANCE.COM Apr 26 2019 03:28:00    OneMain,   PO Box 3251,   Evansville, IN 47731-3251
517727345   +EDI: AGFINANCE.COM Apr 26 2019 03:28:00    OneMain,   PO BOX 742536,
             Cincinnati, OH 45274-2536
517976602    EDI: PRA.COM Apr 26 2019 03:28:00    Portfolio Recovery Associates, LLC,   c/o Lowe's,
             POB 41067,   Norfolk VA 23541
517980118    EDI: PRA.COM Apr 26 2019 03:28:00    Portfolio Recovery Associates, LLC,
             c/o Onemain Financial,   POB 41067,   Norfolk VA 23541
517791102    EDI: PRA.COM Apr 26 2019 03:28:00    Portfolio Recovery Associates, LLC,   c/o Sams Club,
             POB 41067,   Norfolk VA 23541
517964524    EDI: PRA.COM Apr 26 2019 03:28:00    Portfolio Recovery Associates, LLC,
             c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
517727346    E-mail/Text: bankruptcyteam@quickenloans.com Apr 26 2019 00:13:15    Quicken Loans Inc.,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
517908577   +E-mail/Text: bankruptcyteam@quickenloans.com Apr 26 2019 00:13:15    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
517727348    EDI: RMSC.COM Apr 26 2019 03:28:00    Sam's Club MC/SYNCB,   PO Box 960013,
             Orlando, FL 32896-0013

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 25, 2019
                             Form ID: 148              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517727349        E-mail/Text: rharris@southjerseyfcu.com Apr 26 2019 00:12:49
                 South Jersey Federal Credit Union,    PO Box 5530,   Woodbury, NJ 08096-0530
517729517       +EDI: RMSC.COM Apr 26 2019 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517727351        EDI: TDBANKNORTH.COM Apr 26 2019 03:28:00      TD Bank, N.A,   PO Box 84037,
                 Columbus, GA 31908-4037
517727352        EDI: RMSC.COM Apr 26 2019 03:28:00      Walmart Mastercard/SNCB,   PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                   TOTAL: 28
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517761125*      +TD Bank, N.A,   Payment Processing, PO Box 16029,   Lewiston, ME 04243-9507
                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:

```
         Eric  Clayman    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
         Robert J. Malloy    on behalf of Creditor   SJFCU ecf.rjmalloylaw@gmail.com
         Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 7
```