Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−27256−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tien C Le
   4 Spinnaker Way
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−0935

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:         8/28/19
Time:         10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 22, 2019
JAN: bc

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

```
                                United States Bankruptcy Court
                                      District of New Jersey
In re:                                                                          Case No. 18-27256-ABA
Tien C Le                                                                       Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jul 22, 2019
                               Form ID: 132                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db             +Tien C Le,    4 Spinnaker Way,    Atlantic City, NJ 08401-2802
cr             +SJFCU,    1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
517727326      +Amex Department Stores,     PO Box 8218,    Mason, OH 45040-8218
517727327     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
517727329       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517727330       Borrowers First,    PO Bo 503550,    San Diego, CA 92150-3550
517727331      +Citibank, N.A.,    c/o United Collection Bureau, Inc.,    PO Box 140310,    Toledo, OH 43614-0310
517981541      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517727332      +Citicards CBNA,    PO BOX 6241,    Sioux Falls, SD 57117-6241
517727337       DSNB/Macy's,    PO Box 8218,    Monroe, OH 45050
517970696       First Associates Loan Servicing, LLC,     as agent for BFCL Trust,    P.O. Box 503430,
                 San Diego, CA 92150-3430
517727338       Golden Nugget Atlantic City,    Huron Avenue & Brigantine Blvd,    Atlantic City, NJ 08401
517727339      +Harrah's Atlantic City,    777 Harrah's Blvd,    Atlantic City, NJ 08401-1985
517903779      +Harrah's Atlantic City Operating Co.,     dba Harrah's Resort Atlantic City,
                 Adam J. Pernsteiner, Lewis Brisbois,    6385 S. Rainbow Blvd., Suite 600,
                 Las Vegas, NV 89118-3201
517727340       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
517727343       Macy's American Express Account,    PO BOX 9001108,    Louisville, KY 40290-1108
517727344      +Mariner Finance,    co William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001
517727347      +Rallye Motors, Inc.,    c/o Liberal Finance Service,    366 Kinderkamack Road,
                 Westwood, NJ 07675-1675
517727350      +TD Bank,    c/o MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517749615      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517761798      +TD Bank, NA,    Richard J Tracy, III, Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey city, NJ 07302-3835
517751511      +TD Bank,N.A.,    Richard J. Tracy, III, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 00:18:39      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 00:18:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517727333       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 00:18:20
                 Comenity - Total Rewards Visa Card,    PO Box 659584,   San Antonio, TX 78265-9584
517727334      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 00:18:20
                 Comenity Bank/Total Rewards Visa Card,    PO Box 182789,   Columbus, OH 43218-2789
517727335      +E-mail/Text: ljohnson@denbeauxlaw.com Jul 23 2019 00:19:25      Credit Acceptance Corp,
                 c/o Denbeaux & Denbeaux,    366 Kinderkamack Road,    Westwood, NJ 07675-1675
517727336       E-mail/Text: mrdiscen@discover.com Jul 23 2019 00:17:39      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517740440       E-mail/Text: mrdiscen@discover.com Jul 23 2019 00:17:39      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517918351       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 00:22:17       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517727341      +E-mail/Text: bk@lendingclub.com Jul 23 2019 00:19:01      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517727342       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:22:36      Lowe's/Synchrony Bank,
                 Po Box 530914,    Atlanta, GA 30353-0914
517907274      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 00:22:26      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517727345      +E-mail/PDF: cbp@onemainfinancial.com Jul 23 2019 00:21:55      OneMain,    PO BOX 742536,
                 Cincinnati, OH 45274-2536
517976602       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:23:17
                 Portfolio Recovery Associates, LLC,    c/o Lowe's,   POB 41067,    Norfolk VA 23541
517980118       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:34:34
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial,   POB 41067,   Norfolk VA 23541
517979102       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:22:10
                 Portfolio Recovery Associates, LLC,    c/o Sams Club,   POB 41067,    Norfolk VA 23541
517964524       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 00:34:34
                 Portfolio Recovery Associates, LLC,    c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
517727346       E-mail/Text: bankruptcyteam@quickenloans.com Jul 23 2019 00:18:55      Quicken Loans Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517908577      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 23 2019 00:18:55      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517727348       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:23:09      Sam's Club MC/SYNCB,
                 PO Box 960013,    Orlando, FL 32896-0013
517727349       E-mail/Text: courts@southjerseyfcu.com Jul 23 2019 00:18:38      South Jersey Federal Credit Union,    PO Box 5530,    Woodbury, NJ 08096-0530
517729517      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:22:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Jul 22, 2019
                              Form ID: 132             Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517727351       E-mail/Text: bankruptcy@td.com Jul 23 2019 00:18:41      TD Bank, N.A,    PO Box 84037,
                 Columbus, GA 31908-4037
517727352       E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 00:22:36      Walmart Mastercard/SNCB,
                 PO Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517727328*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517761125*     +TD Bank, N.A,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
              Eric  Clayman    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor   SJFCU ecf.rjmalloylaw@gmail.com
              Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```