

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans Inc.

**Order Filed on October 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Tien C. Le,

Debtor.

Case No.: 18-27256 ABA

Adv. No.:

Hearing Date: 10/1/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 30, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Tien C. Le
Case No:  18-27256 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans Inc., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 4 Spinnaker Way, Atlantic City, NJ, 08401, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the loan in question was previously non-escrowed; the parties agree that Secured Creditor advanced funds for the payment of taxes which were to be paid by the Debtor directly; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor will repay the escrow advances in accordance with the escrow analysis and notice of payment change filed August 13, 2019 which contains a portion of the escrow shortage that accrued due to the tax disbursements; and

It is further **ORDERED, ADJUDGED and DECREED** that the loan will be an escrowed loan from this point forward for taxes only; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall continue to pay the insurance premiums directly to the insurance provider; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.