UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Quicken Loans Inc.

**Order Filed on October 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Tien C. Le,

Debtor.

Case No.: 18-27256 ABA

Adv. No.:

Hearing Date: 10/1/19 @ 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 30, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Tien C. Le
Case No:  18-27256 ABA
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans Inc., Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 4 Spinnaker Way, Atlantic City, NJ, 08401, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the loan in question was previously non-escrowed; the parties agree that Secured Creditor advanced funds for the payment of taxes which were to be paid by the Debtor directly; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor will repay the escrow advances in accordance with the escrow analysis and notice of payment change filed August 13, 2019 which contains a portion of the escrow shortage that accrued due to the tax disbursements; and

It is further **ORDERED, ADJUDGED and DECREED** that the loan will be an escrowed loan from this point forward for taxes only; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall continue to pay the insurance premiums directly to the insurance provider; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Tien C Le  
    Debtor

Case No. 18-27256-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 30, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.  
db          +Tien C Le,    4 Spinnaker Way,    Atlantic City, NJ 08401-2802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Clayman    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Jeffrey E. Jenkins    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com  
        Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
        Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 10