**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security    0   Assumption of Executory Contract or Unexpired Lease    0   Lien Avoidance

**Last revised: September 1, 2018**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
Tien C. Le

Case No.: 18-27256  
Judge: ABA

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original         ☒ Modified/Notice Required         Date: 03/16/2020  
☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___SFR___    Initial Debtor: ___TCL___    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. $7,354.84 is the total  paid through  March 13, 2020.  Then the Debtor shall pay $610 per month to the Chapter 13 Trustee, starting  April, 2020 for  approximately 41  months (60 months total).

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

      a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,080.41 plus all other court approved fees and costs |
| ~~DOMESTIC SUPPORT OBLIGATION~~ | | |

      b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments    ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender   ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Quicken Loans

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____25,000_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Jenkins and Clayman

3) Unsecured creditors who file timely proofs of claim

4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 02/18/2020 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To alter amount to be paid to unsecured creditors so it is consistent with the means test and Schedule J. | Same |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 03/16/2020                              /s/ Tien C. Le
                                              Debtor

Date: _____                 _____
                                              Joint Debtor

Date: 03/16/2020                              /s/ Stephanie F. Ritigstein
                                              Attorney for Debtor(s)

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                                     Case No. 18-27256-ABA
Tien C Le                                                                  Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Mar 25, 2020
                               Form ID: pdf901             Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Tien C Le,    4 Spinnaker Way,   Atlantic City, NJ 08401-2802
cr             +SJFCU,   1615 Huffville Road,    PO Box 5530,   Deptford, NJ 08096-0530
517727326      +Amex Department Stores,    PO Box 8218,   Mason, OH 45040-8218
517727327     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,   Wilmington, DE 19886-5019)
517727329      Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
517727330      Borrowers First,    PO Bo 503550,   San Diego, CA 92150-3550
517727331     +Citibank, N.A.,    c/o United Collection Bureau, Inc.,    PO Box 140310,   Toledo, OH 43614-0310
517981541     +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
517727332     +Citicards CBNA,    PO BOX 6241,   Sioux Falls, SD 57117-6241
517727337      DSNB/Macy's,    PO Box 8218,   Monroe, OH 45050
517970696      First Associates Loan Servicing, LLC,    as agent for BFCL Trust,    P.O. Box 503430,
                San Diego, CA 92150-3430
517727338      Golden Nugget Atlantic City,    Huron Avenue & Brigantine Blvd,    Atlantic City, NJ 08401
517727339     +Harrah's Atlantic City,    777 Harrah's Blvd,   Atlantic City, NJ 08401-1985
517903779     +Harrah's Atlantic City Operating Co.,    dba Harrah's Resort Atlantic City,
                Adam J. Pernsteiner, Lewis Brisbois,    6385 S. Rainbow Blvd., Suite 600,
                Las Vegas, NV 89118-3201
517727340      Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
517727343      Macy's American Express Account,    PO BOX 9001108,   Louisville, KY 40290-1108
517727344     +Mariner Finance,    co William E. Brewer, Esq.,   PO Box 1001,    Marmora, NJ 08223-5001
517727347     +Rallye Motors, Inc.,    c/o Liberal Finance Service,    366 Kinderkamack Road,
                Westwood, NJ 07675-1675
517727350     +TD Bank,    c/o MRS BPO, LLC,   1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517749615     +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517761798     +TD Bank, NA,    Richard J Tracy, III, Esq,   30 Montgomery Street,    Suite 1205,
                Jersey city, NJ 07302-3835
517751511     +TD Bank,N.A.,    Richard J. Tracy, III, Esq.,   30 Montgomery Street, Suite 1205,
                Jersey City NJ 07302-3835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 25 2020 22:14:55      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 25 2020 22:14:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517727333       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2020 22:14:37
                Comenity - Total Rewards Visa Card,    PO Box 659584,   San Antonio, TX 78265-9584
517727334      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 25 2020 22:14:37
                Comenity Bank/Total Rewards Visa Card,    PO Box 182789,   Columbus, OH 43218-2789
517727335      +E-mail/Text: ljohnson@denbeauxlaw.com Mar 25 2020 22:15:30      Credit Acceptance Corp,
                c/o Denbeaux & Denbeaux,    366 Kinderkamack Road,   Westwood, NJ 07675-1675
517727336       E-mail/Text: mrdiscen@discover.com Mar 25 2020 22:14:16      Discover,   PO Box 71084,
                Charlotte, NC 28272-1084
517740440       E-mail/Text: mrdiscen@discover.com Mar 25 2020 22:14:16      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517918351       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 25 2020 22:23:41      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517727341      +E-mail/Text: bk@lendingclub.com Mar 25 2020 22:15:09      Lending Club,
                71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
517727342       E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:23:23      Lowe's/Synchrony Bank,
                Po Box 530914,   Atlanta, GA 30353-0914
517907274      +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 22:22:55      OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
517727345      +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 22:23:52      OneMain,   PO BOX 742536,
                Cincinnati, OH 45274-2536
517976602       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:05
                Portfolio Recovery Associates, LLC,    c/o Lowe's,   POB 41067,   Norfolk VA 23541
517980118       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:24:06
                Portfolio Recovery Associates, LLC,    c/o Onemain Financial,    POB 41067,   Norfolk VA 23541
517979102       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:42
                Portfolio Recovery Associates, LLC,    c/o Sams Club,   POB 41067,   Norfolk VA 23541
517964524       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:34
                Portfolio Recovery Associates, LLC,    c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
517727346       E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2020 22:15:05      Quicken Loans Inc.,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
517908577      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 25 2020 22:15:05      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517727348       E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:22:56      Sam's Club MC/SYNCB,
                PO Box 960013,   Orlando, FL 32896-0013
517727349       E-mail/Text: courts@southjerseyfcu.com Mar 25 2020 22:14:54
                South Jersey Federal Credit Union,    PO Box 5530,   Woodbury, NJ 08096-0530
517729517      +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:22:56      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: pdf901          Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517727351         E-mail/Text: bankruptcy@td.com Mar 25 2020 22:14:58      TD Bank, N.A,    PO Box 84037,
                   Columbus, GA 31908-4037
517727352         E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 22:23:53      Walmart Mastercard/SNCB,
                   PO Box 960024,   Orlando, FL 32896-0024
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517727328*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517761125*       +TD Bank, N.A,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John F Newman    on behalf of Creditor    SJFCU courts@southjerseyfcu.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Tien C Le jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 10
```