Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−27256−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tien C Le
   4 Spinnaker Way
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−0935

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                January 15, 2021
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**66** − Certification in Opposition to (related document:63 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/19/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhondi L. Schwartz on behalf of Tien C Le. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.

Dated: November 19, 2020
JAN: jpl

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 18-27256-ABA
Tien C Le                                                                                         Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2
Date Rcvd: Nov 19, 2020      Form ID: 173           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID            Recipient Name and Address**
db                + Tien C Le, 4 Spinnaker Way, Atlantic City, NJ 08401-2802

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

**Name            Email Address**

Denise E. Carlon
     on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Eric Clayman
     on behalf of Debtor Tien C Le jenkins.clayman@verizon.net   connor@jenkinsclayman.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com   summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com   summarymail@standingtrustee.com

Jane L. McDonald
     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
     on behalf of Debtor Tien C Le jenkins.clayman@verizon.net   connor@jenkinsclayman.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 19, 2020 | Form ID: 173 | Total Noticed: 1 |

John F Newman
                        on behalf of Creditor SJFCU courts@southjerseyfcu.com

Rebecca Ann Solarz
                        on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

Rhondi L. Schwartz
                        on behalf of Debtor Tien C Le jenkins.clayman@verizon.net

Stephanie F. Ritigstein
                        on behalf of Debtor Tien C Le jenkins.clayman@verizon.net  connor@jenkinsclayman.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11